# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152927

SUSANA E. NARVAEZ TERAN,
      Plaintiff-Appellee,

v

                                   SC:  152927
                                   COA:  322016
                                   Otsego CC:  10-013744-DP

MICHAEL R. RITTLEY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 17, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2016



Clerk

s0928